IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Enuresis Associates LLC, *et al*, | : | |
| | : | Case No. 2:16-cv-683 |
| Plaintiffs, | : | |
| | : | Judge Algenon L. Marbley |
| vs. | : | |
| | : | Magistrate Judge Terence P. Kemp |
| Dreambuilder Toy LLC, *et al*, | : | |
| | : | |
| Defendants. | : | |

**ORDER GRANTING JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEEMENT UNDER SEAL**

This matter is before the Court on the Joint Motion by Plaintiffs Enuresis Associates LLC and Play Platoon LLC and Defendants Dreambuilder Toy LLC, for Leave to File Confidential Settlement Agreement Under Seal (the "Motion"). The parties have reached settlement of the claims in this matter. Given that a term of the parties' settlement agreement is that the terms and conditions of settlement shall remain confidential, the Motion is hereby **GRANTED**. The parties may file their confidential settlement agreement under seal.

   IT IS SO ORDERED.

DATE: January  6 , 2017              /s/ Terence P. Kemp
                                     UNITED STATES MAGISTRATE JUDGE